# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

ALLEN SANFORD, BRYANT DILL, IRAIDA BABLITCH, and JOE MALLORY,

        Plaintiffs,

v.

PREFERRED STAFFING INC., STAFFWORKS INC., and KLEEN TEST PRODUCTS CORPORATION,

        Defendants.

Case No. 17-CV-1071-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' motion for summary judgment regarding liability (Docket #97) be and the same is hereby **GRANTED**;

    **IT IS FURTHER ORDERED AND ADJUDGED** that Defendant Kleen Test Products Corporation's motion for summary judgment regarding joint employer status (Docket #92) be and the same is hereby **DENIED as moot**; and

    **IT IS FURTHER ORDERED AND ADJUDGED** that this action be and the same is hereby **DISMISSED with prejudice**.

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

|  | STEPHEN C. DRIES |
|---|---|
|  | Clerk of Court |
| March 20, 2020 | s/ *Jodi L. Malek* |
| Date | By: Deputy Clerk |